THOMAS LOWE, JR., *versus* CHARLES S. WELD, *Appellant.*

By R. S., c. 6, § 56, the assessors shall assess upon the polls and estates in their town all town taxes and their due proportion of any State or county tax, according to the rules in the then last Act for raising a State tax and in this chapter; make perfect lists thereof under their hands; and commit the same to the constable or collector of their town, with a warrant under their hands.

A commitment prefixed to, and specifically referring to the lists of assessments, and signed by a majority of the assessors, is a sufficient authentication, and compliance with the statute.

ON REPORT from *Nisi Prius*, APPLETON, C. J., presiding. The facts sufficiently appear in the opinion of the Court.

*G. P. Sewall*, for the plaintiff.

*J. A. Peters*, for the defendant.

The opinion of the Court was drawn by

CUTTING, J.—Trespass for taking and conversion of the plaintiff's cow, on Dec. 5, 1863. The defendant justifies the

Lowe *v.* Weld.

taking and sale as collector for the town of Greenbush, for the non-payment of the plaintiff's personal tax. The only question presented is the sufficiency of the lists committed by the assessors to the collector.

It appears that the tax lists were contained in a book in which were inserted the names of each taxable inhabitant, and their respective assessment, including the plaintiff, with the sum total of the tax at the foot of the last page ; that, in the first part of the same book, was inserted the commitment and warrant to the collector, duly signed by a majority of the assessors, the former of which is as follows, viz. :—

"To C. S. Weld, collector of taxes for the town of Greenbush :—Herewith are committed to you true lists of the assessments of the polls and estates of the persons therein named. You are to levy and collect the same of each one his respective proportion therein set down, of the sum total, being the amount of the lists contained herein, according to the exigency of any lawful warrant, touching the same, to you committed. Given under our hands, at Greenbush, this first day of July, 1863.

"J. C. Scott,  ⎱ *Assessors of*
"Cyrus Sprague, ⎰ *Greenbush.*"

Was not this commitment, prefixed to and incorporated in the lists, and specifically referring to them, a sufficient authentication and compliance with the requirements of the statute in that particular? That it was, we need only to refer to *Johnson* v. *Goodridge*, 15 Maine, 29, and *Bangor* v. *Lancey*, 21 Maine, 472, where the law upon this subject is fully examined and a repetition here becomes unnecessary.

*Plaintiff nonsuit.*

Appleton, C. J., Davis, Walton and Dickerson, JJ., concurred.